May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MIGUEL ANGEL PAPPOLLA, Appellant

NO. 14-12-00418-CV                    V.

MARCIA JULIETA SIMOVICH, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Marcia Julieta Simovich, signed March 12, 2012, was heard on the transcript of the record. We have inspected the record and conclude that trial court erred by entering a wage withholding order to enforce contractual alimony. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the wage withholding order is vacated.

We order appellee, Marcia Julieta Simovich, to pay all costs incurred in this appeal. We further order this decision certified below for observance.